UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| MILTON WILLIAMS, | : | 26-cv-5299 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER OF DISMISSAL |
| POLY-WOOD, LLC, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

Plaintiffs having filed a notice of settlement with the consent of defendant on October 21, 2026 (Doc. No. 9),

IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within 45 days of the date of this Order any party may reinstate this action in writing if the settlement has not been effectuated by that time. The Clerk of Court is directed to amend the caption as set forth above.

Dated: New York, New York
October 22, 2026

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.